# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| JEANETTE BROCK, | ) |
| Plaintiffs, | ) Case No. 4:18-cv-00336 |
| v. | ) Judge Amos L. Mazzant, III |
| CAPITAL ONE BANK (USA) N.A., | ) |
| Defendant. | ) |

## **NOTICE OF SETTLEMENT**

Plaintiff JEANETTE BROCK notifies this Court that Plaintiff and Defendant CAPITAL ONE BANK (USA), N.A., have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for sixty (60) days for any matters related to completing and/or enforcing the settlement and stay all remaining discovery deadlines.

Respectfully submitted the 6th day of February 2019.

By: */s/ Alyson Dykes*
Alyson Dykes
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA 92880
P: (657) 500-4317
F: (657) 227-0270
E: AlysonD@jlohman.com
Attorney for Plaintiff, JEANETTE BROCK

- 1 -

NOTICE OF SETTLEMENT

## **CERTIFICATE OF SERVICE**

I certify that on February 6, 2019, 2019 I filed Plaintiff JEANETTE BROCK's Notice of Settlement using the CM/ECF system, which will provide notice to the following:

Adam Corey Ragan
Hunton Andrews Kurth LLP
1445 Ross Ave, Suite 3700
Dallas, TX 75202
(214) 468-3577
Fax: (214) 880-0011
Email: aragan@huntonak.com


Haley Hendrix Anderson
Hunton Andrews Kurth LLP
1445 Ross Ave, Suite 3700
Dallas, TX 75202
214-979-3000
Fax: 214-880-0011
Email: handerson@huntonak.com

By: */s/ Alyson Dykes*
Alyson Dykes
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA 92880
P: (657) 500-4317
F: (657) 227-0270
E: AlysonD@jlohman.com
Attorney for Plaintiff, JEANETTE BROCK

NOTICE OF SETTLEMENT