UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JEANETTE BROCK,<br>        Plaintiff,<br><br>        v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br>        Defendant. | Case No.: 4:18-cv-00336-ALM<br><br>*ELECTRONICALLY FILED* |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Jeanette Brock ("Plaintiff"), and Defendant Capital One Bank (USA), N.A. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

JOINTLY SUBMITTED BY:

| | |
|---|---|
| *Holly A. Priest (with permission)*<br>Holly Ann Priest<br>Ballard Spahr LLP<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, NV 89135<br>702-471-7000<br>Fax: 702-471-7070<br>Email: priesth@ballardspahr.com<br>*COUNSEL FOR DEFENDANT* | */s/ Jeffrey Lohman*<br>Jeffrey Lohman<br>The Law Offices of Jeffrey Lohman, P.C.<br>4740 Green River Road, Suite 310<br>Corona, CA 92880<br>Tel: (714) 381-5747<br>Fax: (714) 362-0096<br>Email: JeffL@jlohman.com<br>*COUNSEL FOR PLAINTIFF* |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JEANETTE BROCK,<br>　　　　Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br>　　　　Defendants. | Case No: 4:18-cv-00336-ALM<br><br>**[PROPOSED] ORDER OF DISMISSAL** |

**[PROPOSED] ORDER OF DISMISSAL**

　　Plaintiff, Jeanette Brock ("Plaintiff"), and Defendant, Capital One Bank (USA), N.A., ("Defendant"), having filed a Joint Notice of Settlement and the Court being otherwise sufficiently advised,

　　IT IS HEREBY ORDERED that Plaintiff's claim against Defendant are DISMISSED with prejudice.  Each party shall bear their own costs and attorney's fees.

　　SO ORDERED.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of April 2019, I electronically filed the foregoing Stipulation of Dismissal using the CM/ECF System, which will notify all registered parties.

Holly Ann Priest
Ballard Spahr LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135
702-471-7000
Fax: 702-471-7070
Email: priesth@ballardspahr.com
*COUNSEL FOR DEFENDANT*
Adam Corey Ragan
Hunton Andrews Kurth LLP
1445 Ross Ave, Suite 3700
Dallas, TX 75202
(214) 468-3577
Fax: (214) 880-0011
Email: aragan@huntonak.com
*COUNSEL FOR DEFENDANT*

*s/ Jeffrey Lohman*
Jeffrey Lohman
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA 92880
Tel: (714) 381-5747
Fax: (714) 362-0096
Email: JeffL@jlohman.com
*COUNSEL FOR PLAINTIFF*