# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

JEANETTE BROCK,
        Plaintiff,

v.

CAPITAL ONE BANK (USA), N.A.,
        Defendants.

Case No: 4:18-cv-00336-ALM

## ORDER OF DISMISSAL

Plaintiff, Jeanette Brock ("Plaintiff"), and Defendant, Capital One Bank (USA), N.A., ("Defendant"), having filed a Joint Notice of Settlement and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's claims against Defendant are DISMISSED with prejudice.  Each party shall bear their own costs and attorney's fees.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**SIGNED this 8th day of April, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE